UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, a California corporation, and BRIAN LATOUF, an individual,<br><br>          Plaintiffs,<br><br>     v.<br><br>GENERAL MOTORS COMPANY, a Delaware corporation, DOES 1-30,<br><br>          Defendant. | Case No. 8:20-cv-02053 JLS (ADSx)<br><br>**ORDER DISMISSING CASE** |

## ORDER

Pursuant to the parties' stipulation IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, and that each party shall pay its own costs and attorneys' fees.

Dated: March 18, 2021          By _____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE